■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROLAND MARTIN, Appellant, v. WILFRED DENNO, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Westchester County, dated March 30, 1962, which dismissed the writ after a hearing and remanded him to the custody of respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE A. WILLIAMS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered April 14, 1962 after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.